ACCEPTED
03-15-00248-CV
6529336
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/18/2015 8:45:31 AM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/18/2015 8:45:31 AM

JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| BRIGHAM EXPLORATION COMPANY, BEN M. BRIGHAM, DAVID T. BRIGHAM, HAROLD D. CARTER, STEPHEN C. HURLEY, STEPHEN P. REYNOLDS, HOBART A. SMITH, SCOTT W. TINKER, STATOIL ASA, and FARGO ACQUISITION, INC., | § § § § § § § § § § | |
| Appellants, | § § § | NO. 03-15-00248-CV |
| v. | § § § | |
| RAYMOND BOYTIM, et al., Individually and on Behalf of All Others Similarly Situated, | § § § § § | |
| Appellees. | § | |

**JOINT UNOPPOSED SECOND MOTION TO
EXTEND TIME TO FILE APPELLANTS' BRIEFS**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.5, Brigham Exploration Company, Ben M.

Brigham, David T. Brigham, Harold D. Carter, Stephen C. Hurley, Stephen P.

Reynolds, Hobart A. Smith, Scott W. Tinker (collectively the Brigham

Defendants), and Statoil ASA and Fargo Acquisition, Inc. (collectively Statoil),

Appellants in the above-entitled and numbered cause, request an extension of the

time within which to file their Appellants' Briefs. In support of this request, The Brigham Defendants and Statoil respectfully represent to the Court as follows:

1. The reporter's record and exhibits were filed in this case on July 9, 2015.

2. The clerk's record and supplemental clerk's records were filed on June 4, 2015, June 5, 2015, June 12, 2015, and August 14, 2015, but there are remaining requested clerk's record documents that have not yet been filed.

3. This is an interlocutory appeal from a class-certification order. The Appellants' briefs are currently due on August 28, 2015. The Brigham Defendants and Statoil need additional time and seek a 30-day extension, until September 28, 2015.

4. This is the second extension that these Appellants have sought in this matter.

5. The Brigham Defendants and Statoil need additional time to file their briefs because the record was incomplete and record errors are in the process of being corrected. As stated above, a supplemental clerk's record was filed on August 14, 2015, but additional items remain to be filed at this Court. The clerk's record is also quite voluminous. Additionally, one of the undersigned counsel, Debora Alsup, will be traveling out-of-state the week that the briefs are due. All counsel will need sufficient time to review the record, to draft their briefs, to

confer with co-counsel, and to allow their clients to review it. Thus an extension of 30 days is warranted.

7. Appellees do not oppose the extension requested.

Therefore, these Appellants respectfully request that this motion be granted, and that the time within which they must file their Appellants' Briefs be extended to September 28, 2015.

Respectfully submitted,

By: /s/ *Debora B. Alsup*
Debora B. Alsup
State Bar No. 02006200
debora.alsup@tklaw.com

**Thompson & Knight LLP**
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701
(512) 469-6100
(512) 482-5028 (Facsimile)

Timothy R. McCormick
State Bar No. 13463500
timothy.mccormick@tklaw.com

Michael W. Stockham
State Bar No. 24038074
michael.stockham@tklaw.com

Mackenzie Wallace
State Bar No. 24079535
mackenzie.wallace@tklaw.com

**Thompson & Knight LLP**
1722 Routh Street, Suite 1500
Dallas, Texas  75201
(214) 969-1700
(214) 969-1751 (Facsimile)

**ATTORNEYS FOR APPELLANTS
THE BRIGHAM DEFENDANTS**

By:    /s/ *Christopher R. Cowan*
          Christopher R. Cowan
          State Bar No. 24084975
          ccowan@beckredden.com

**Beck Redden LLP**
515 Congress Avenue, Suite 1750
Austin, TX 78701
(512) 708-1000
(512) 708-1002 (Fax)

          Russell S. Post
          State Bar No. 00797258
          rpost@beckredden.com

          Fields Alexander
          State Bar No. 00783528
          falexander@beckredden.com

          Parth S. Gejji
          State Bar No. 24087575
          pgejji@beckredden.com

**Beck Redden LLP**
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
(713) 951-3700
(713) 951-3720 (Fax)

**ATTORNEYS FOR APPELLANTS
STATOIL ASA AND
FARGO ACQUISITION, INC.**

## CERTIFICATE OF CONFERENCE

I certify that I have contacted counsel for Appellees, Steven M. Jodlowski, and discussed the joint extension request by the Brigham Defendants and Statoil. Appellees have agreed the extension requested in this motion by all Appellants.

/s/ *Debora B. Alsup*
Debora B. Alsup

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be electronically filed using a certified Electronic Filing Service Provider, which will send electronic notification of such filing to the following counsel of record on this the 18th day of August, 2015, or alternatively, a copy will be sent via e-mail or facsimile, to the following parties:

/s/ *Debora B. Alsup*
Debora B. Alsup

*Counsel for Defendants*

Russell S. Post
Fields Alexander
Parth Gejji
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-6220 (Alexander)
(713) 951-3720 fax
rpost@beckredden.com
falexander@beckredden.com
pgejji@beckredden.com

Chris R. Cowan
Beck Redden LLP
515 Congress Avenue, Suite 1750
Austin, Texas 78701
(512) 708-1000, ext 6402
(512) 708-1002 fax
ccowan@beckredden.com

*Class Counsel for Plaintiffs*

Robbins Geller Rudman & Dowd LLP
Randall J. Baron
David T. Wissbroecker
Steven M. Jodlowski
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
(619) 231-1058
(619) 231-7423 fax
randyb@rgrdlaw.com
dwissbroecker@rgdlaw.com
sjodlowski@rgdlaw.com

Robbins Geller Rudman & Dowd LLP
Samuel H. Rudman
Mark S. Reich
Michael G. Capeci
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 fax
srudman@rgrdlaw.com
mreich@rgrdlaw.com
mcapei@rgrdlaw.com

*Liaison Counsel for Plaintiffs*

Boulette Golden & Marin LLP
Michael Marin
2801 Via Fortuna, Suite 530
Austin, Texas 78746
(512) 732-8924
(512) 732-8905 fax
mmarin@boulettegolden.com

*Additional Counsel for Plaintiffs*

Kendall Law Group, LLP
Joe Kendall
Daniel Hill
Jamie J. McKey
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
(214) 744-3000
(214) 744-3015 fax
jkendall@kendalllawgroup.com
dhill@kendalllawgroup.com
jmckey@kendalllawgroup.com

The Briscoe Law Firm, PLLC
Willie C. Briscoe
The Preston Commons
8150 N. Central Expressway, Suite 1575
Dallas, Texas 75206
(214) 239-4568
(281) 254-7789 fax
wbriscoe@thebriscoelawfirm.com

Dunnam & Dunnam L.L.P.
Hamilton P. Lindley
4125 W. Waco Drive (76710)
P.O. Box 8418
Waco, Texas 76714
(254) 753-6437
(254) 753-7434 fax
hlindley@ dunnamlaw.com

Brodsky & Smith LLC
Evan J. Smith
Marc L. Ackerman
Two Bala Plaza, Suite 602
Bala Cynwyd, Pennsylvania 19004
(610) 667-6200
(610) 667-9029 fax
esmith@brodsky-smith.com
mackerman@brodsky-smith.com

Levi & Korsinsky, LLP
Shane T. Rowley
30 Broad St., 24th Floor
New York, NY 10004
(212) 363-7500 x127
(866) 367-6510 fax
srowley@zlk.com

Kohn, Swift & Graf, P.C.
Denis F. Sheils
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
(215) 238-1700
(215) 238-1968 fax
dsheils@kohnswift.com

The Weiser Law Firm, P.C.
Patricia C. Weiser
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
(610) 225-2677
(610) 408-8062 fax
pw@weiserlawfirm.com
jmf@weiserlawfirm.com

Ryan & Maniskas, LLP
Katharine M. Ryan
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
(484) 588-5516
(484) 450-2582 fax
kryan@rmclasslaw.com
rmaniskas@rmclasslaw.com

Kelly N. Reddell
The Reddell Firm PLLC
100 Highland Park Village, Suite 200
Dallas, Texas  75205
(214) 295-3031
kelly@reddell-law.com

010283 000032 15316007.1